■ In the Matter of the Arbitration between PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY, Appellant, and SUNITA KAMATH, Respondent.—In a proceeding pursuant to CPLR 7503 (b) for a stay of arbitration under an uninsured motorist indorsement of a policy issued by the petitioner, the appeal, as limited by the petitioner's brief, is from so much of a judgment of the Supreme Court, Nassau County, dated March 21, 1984, as dismissed the petition.

Judgment affirmed, insofar as appealed from, without costs or disbursements, for the reasons stated in the memorandum of Justice Wager at Special Term. Thompson, J. P., Bracken, O'Connor and Weinstein, JJ., concur.

■ In the Matter of RAPHAEL ROBINSON, Petitioner, v CITY OF POUGHKEEPSIE et al., Respondents.—Motion to enlarge the record previously submitted in a proceeding pursuant to CPLR article 78 to review a determination of the respondent City Manager of the City of Poughkeepsie, dated June 13, 1983, which, upon adopting the findings and recommendation of a hearing officer, found petitioner guilty of certain charges, and terminated his employment as a bus driver, which proceeding was determined by order of this court dated August 6, 1984 (*Matter of Robinson v City of Poughkeepsie*, 104 AD2d 370), and thereupon for reargument of said proceeding.

Motion granted to the extent of enlarging the record to include the material inadvertently omitted from the printed record previously submitted and granting reargument. Upon reargument, the court adheres to its previous determination. Mollen, P. J., Gibbons, Weinstein and Rubin, JJ., concur.